AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00161 |
| Clay Norris (AKA: Clayton Norris) | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 5/2/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Clay Norris,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings).

Date:   05/02/2024

Zia M. Faruqui
2024.05.02
11:00:16 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/2/2024, and the person was arrested on *(date)* 5/3/2024
at *(city and state)* CANTON, OHIO.

Date: 5/3/2024

*Arresting officer's signature*

TIMOTHY M. ALVORD, FBI/SA
*Printed name and title*